United States District Court

Eastern District of California

Rueben Roberts,

       Petitioner,                     No. Civ. S 04-2232 MCE PAN P

   vs.                                Order

Tom L. Carey, et al.,

       Respondents.

-oOo-

    Petitioner is a state prisoner, without counsel, seeking a writ of habeas corpus. See 28 U.S.C. § 2254. December 10, 2004, the court granted petitioner leave to proceed in forma pauperis.

    June 13, 2005, petitioner filed a motion to proceed in forma pauperis.

    Petitioner's June 13, 2005, motion is denied.

    So ordered.

    Dated: January 19, 2006.

                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge