IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUEBEN ROBERTS,

    Petitioner,                   No. CIV S-04-2232 MCE PAN P

    vs.

TOM L. CAREY, Warden,

    Respondent.              ORDER TO SHOW CAUSE

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 30, 2006, respondent filed a motion to dismiss.  Petitioner has not filed an opposition to the motion.  Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."

        Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's January 30, 2006, motion to dismiss should not be granted.

DATED:  March 16, 2006.

UNITED STATES MAGISTRATE JUDGE

\004\robe2232.osc no opp