1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  RUEBEN ROBERTS,

11           Petitioner,                    No. CIV S-04-2232 MCE PAN P

12      vs.

13  TOM L. CAREY,

14           Respondent.                    ORDER

15  _____/

16           Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. <u>See</u>

17  28 U.S.C. § 2254.

18           On March 16, 2006, the court directed petitioner to file and serve an opposition or

19  notice of non-opposition to respondent's motion to dismiss.  Petitioner has responded with a

20  document styled, "Motion for Phone Conference to Respond to Opposition."

21           In cases where the petitioner is a prisoner without counsel, motions are resolved

22  on the papers.  Local Rule 78-230(m).

23           Accordingly, IT IS HEREBY ORDERED THAT:

24           1. The March 16, 2006, order to show cause is vacated;

25           2. Petitioner's April 21, 2006, motion is denied;

26  /////

3. Petitioner has 20 days from the date of this order either to file an opposition to respondent's motion to dismiss or a notice of non-opposition. Failure to file an opposition may result in a finding petitioner has waived opposition. <u>See</u> Local Rule 78-230(m).

DATED: May 25, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\robe2232.vac osc