IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUEBEN ROBERTS,

    Petitioner,               No. CIV S-04-2232 MCE PAN P

    vs.

TOM L. CAREY,

    Respondent.              <u>ORDER</u>

_____/

        Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. <u>See</u> 28 U.S.C. § 2254.

        On March 16, 2006, the court directed petitioner to file and serve an opposition or notice of non-opposition to respondent's motion to dismiss. Petitioner has responded with a document styled, "Motion for Phone Conference to Respond to Opposition."

        In cases where the petitioner is a prisoner without counsel, motions are resolved on the papers. Local Rule 78-230(m).

        Accordingly, IT IS HEREBY ORDERED THAT:

        1. The March 16, 2006, order to show cause is vacated;

        2. Petitioner's April 21, 2006, motion is denied;

/////

1     3. Petitioner has twenty days from the date of this order either to file an
2 opposition to respondent's motion to dismiss or a notice of non-opposition. Failure to file an
3 opposition may result in a finding petitioner has waived opposition. <u>See</u> Local Rule 78-230(m).
4 DATED: May 30, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

\004
\robe2232.vac osc